# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Thurston, Jennifer L. | 2. Court or Organization<br><br>Eastern District-California | 3. Date of Report<br><br>08/31/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>510 19th Street, Suite 200<br>Bakersfield, CA 93301 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 (See Part VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | Continuing participation in Kern County Deferred Compensation (457 plan) (former employer), no income |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 08/31/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Kern County Employees' Retirement Association | $3,236.20 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Self-employed real estate agent |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 08/31/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Duke University | 5/20/2017-6/16/2017- Scholarship for the LLM Program in Judicial Studies | $22,540.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Bank of America Account | A | Interest | M | T | | | | | |
| 2.  Morgan Stanley Account (cash equivalency) | A | Interest | M | T | | | | | |
| 3.  WW Sycamore Farms LP | C | Distribution | M | W | | | | | |
| 4.  Sunrise Terrace Madera Apartments LP | C | Distribution | L | W | | | | | |
| 5.  Beechwood LP | C | Distribution | L | W | | | | | |
| 6.  GSF Summer Place Investors LP | D | Distribution | N | W | | | | | |
| 7.  GSF Springs Investors LP | E | Distribution | N | W | | | | | |
| 8.  VV Apts. LLC | D | Distribution | O | W | | | | | |
| 9.  1951 Golden State LLC | E | Distribution | L | U | | | | | |
| 10. GSF Edgewater Investors LP | D | Distribution | L | W | | | | | |
| 11. Morgan Stanley SEP IRA | | | | | | | | | |
| 12. --Bank Deposit Program, Morgan Stanley Bank N.A. | A | Interest | M | T | | | | | |
| 13. --AMCAP Fund Class C | C | Dividend | M | T | | | | | |
| 14. --Capital Income Builder Fund Class C | C | Dividend | M | T | | | | | |
| 15. --Capital World Growth & Income Fund Class C | A | Dividend | L | T | | | | | |
| 16. --Europacific Growth Fund Class C | B | Dividend | L | T | | | | | |
| 17. --Franklin Gold & Precious Metals Fund Class C | D | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurston, Jennifer L. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Fundamental Investors Fund Class C | D | Dividend | M | T | | | | | |
| 19. --Prudential Jennison Natural Resources Fund Class C | A | Dividend | K | T | | | | | |
| 20. --US Treasury Notes Ser B - 2018 | A | Interest | K | T | | | | | |
| 21. --Beal Bank USA Las Vegas NV CD | A | Interest | | | Redeemed | 06/21/17 | M | B | |
| 22. --American Balanced C | C | Distribution | L | T | | | | | |
| 23. --SAFRA Nat'l Bank CD New York, NY CD | B | Interest | M | T | Buy | 01/20/17 | M | | |
| 24. --Bank of China New York NY CD | B | Interest | M | T | Buy | 07/17/17 | M | | |
| 25. WW Mandalay Preserve, LLC | A | Distribution | M | U | | | | | |
| 26. WW Multistate Properties I, LLC | D | Distribution | M | U | | | | | |
| 27. GSF Sunnyside Clovis Investors, LP | E | Distribution | M | W | | | | | |
| 28. GSF Maple Estates, LP | C | Dividend | M | W | | | | | |
| 29. WW Olympus Property IV, LLC | D | Distribution | L | W | | | | | |
| 30. GSF Lakeview Lemore Investors, LP | C | Distribution | M | U | | | | | |
| 31. Olympus Property Fund V LLC | D | Distribution | M | U | | | | | |
| 32. GSF West Pointe Investors, LP | D | Distribution | M | U | | | | | |
| 33. Olympus Property VI LLC | D | Distribution | M | W | Buy | 02/06/17 | M | | |
| 34. GSF Capital Partnership | B | Interest | K | U | Buy | 05/19/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Olympus Property VII LLC | A | Distribution | M | W | Buy | 08/23/17 | M | | |
| 36. Olympus Development Fund 1, LLC | | None | K | W | Buy | 04/25/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Thurston, Jennifer L. | 08/31/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The Trust #1, indentified in Part I, consists of personal assets that are not otherwise reportable (i.e., home, cars, etc.) and items that are reportable. The items in Trust #1 that are reportable, are listed in Part VII, lines 1 through 10, lines 25 through 36 and line 11. (Line 11 is made up of my husband's SEP detailed in lines 12-24, so these are part of the trust also).

2. As to the agreement listed in Part II, this refers to the 457 plan I have enrolled in when I was an employee of the County of Kern. I have continued to list "2009" as the date of the agreement because this is the year I separated from the County of Kern. Though I continue to have money in this plan, I cannot invest additional money and receive no income or disbursements from it.

3. The income set forth in Part III-A is the gross amount per month. I began taking the retirement amount on my birthday on June 6, 2017. The first month was pro-rated so that I received five days less. Since then, I have received the full montly benefit.

4. In Part VIII, Discover BK Greenwood DE CD was deleted because it was redeemed in 2016.

5. In Part VIII, Brookline Bank Brookline MA CD was deleted because it was redeemed in 2016.

6. In part VIII, I added SAFRA Nat'l Bank CD New York, NY CD and Bank of China New York NY CD at lines 23 and 24, rather than at the end, because they are part of my ▮▮▮▮▮▮ SEP which is described at line 11 and contains all of the entries from 12 to 24. This resulted in renumbering of the entries beginning in this year's line 24 (WW Mandalay Preserve, LLC) and all those following.

7. I have filed this amended report to address a typographical error in my name and to correct the valuation method of Part VII lines 9, 25, 26, 30. 31. 32 and 34. I misunderstood the difference between "Cash/Market Value" and "Book Value." The current identified method is now correct.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer L. Thurston**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544